UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | |
|---|---|
| ANDREA RAYBURN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 1:12-CV-02454 |
| SUNRISE CREDIT SERVICES, INC., | ) ) ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

NOW COMES, the Plaintiff, ANDREA RAYBURN, by the undersigned counsel, and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions – Voluntary Dismissal By Plaintiff Without Court Order) voluntary dismisses, without prejudice, SUNRISE CREDIT SERVICES, INC. (Defendant), in this case.

Both sides to bear their own costs and expenses.

This 18th day of December, 2012.

BY:     */s/ Shawn Cormier-Warren*
SHAWN CORMIER-WARREN
Ohio Bar No.: 0069558
14834 Stillbrooke Drive
Strongville, OH 44136
Phone: (216)401-8714
Email: shawnlawmom@yahoo.com

*Attorney for Plaintiff*

Of Counsel to:
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road, Suite 300
Atlanta, GA 30345
Phone: (770) 414-1002, Ext. 1012
Fax: (770) 414-9891

1